Robert A. Weikert, State Bar No. 121146
  rweikert@nixonpeabody.com
John A. Chatowski, State Bar No. 174471
  jchatowski@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for Plaintiff
ESPN, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPN, INC., | Case No.: 2:09-cv-00906-JAM-KJM |
| Plaintiff, | **FINAL JUDGMENT ON CONSENT** |
| vs. | Action filed: April 1, 2009 |
| MONSTER TRUCK ENTERTAINMENT, LLC, | Before the Honorable John A. Mendez |
| Defendant. | |

PDF created with pdfFactory trial version www.pdffactory.com

# I. CONFESSION OF JUDGMENT

Defendant Monster Truck Entertainment, LLC ("Defendant") confesses and consents to judgment in favor of plaintiff ESPN, Inc. ("ESPN") and authorizes the Court to enter judgment granting monetary and permanent injunctive relief in favor of ESPN and against Defendant as set forth below. This Final Judgment on Consent arises out of a Settlement Agreement between Defendant and ESPN (collectively the "Parties"), and does not alter or supersede the obligations of Defendant pursuant to that Settlement Agreement.

Defendant confesses and consents to judgment as follows:

1. Defendant consents to this Court's jurisdiction over the subject matter at issue in this action.

2. Defendant consents to this Court's personal jurisdiction over it for all purposes, including but not limited to the purposes of entry and enforcement of this Final Judgment on Consent and enforcement of the Settlement Agreement between the Parties.

3. Defendant consents to entry of this judgment for monetary relief against Defendant and in favor of ESPN in the total amount of five thousand dollars ($5,000.00).

4. Defendant consents to entry of this judgment for permanent injunctive relief against Defendant and in favor of ESPN immediately and permanently and forever enjoining Defendant, its members, officers, agents, servants, employees, successors, and assigns, and any persons acting in active concert or participation with it who receive actual notice of this Final Judgment on Consent from manufacturing, developing, creating, adapting, modifying, exchanging, offering, distributing, selling, providing, donating, contributing, making available to the public, importing, trafficking in, using or making any use whatsoever of the X GAMES trademark, or any confusingly similar name or mark including but not limited to MONSTER X GAMES, in any way, shape, or form, or in connection with (i) the sale or promotion of any goods, products or services; (ii) in any print or radio, television and internet broadcasts and advertising; (iii) on any Internet web site controlled by Defendant or its agents; and (iv) in any other fashion likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendant with ESPN, or as to the origin, sponsorship, or approval of Defendant's goods,

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | services or commercial activities by ESPN. |
| 2 | 5. Any violation of this Order is punishable by contempt of this Court. |
| 3 | 6. Defendant consents that this Final Judgment on Consent is final and may not be |
| 4 | appealed by either Party. |
| 5 | DATED this _____ day of _____, 2009. |
| 6 | **MONSTER TRUCK ENTERTAINMENT, LLC** |
| 7 | |
| 8 | By_____ |

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | **II.  VERIFICATION** |
| 2 | I, Daniel Torgerson, verify under oath that I am the owner of Monster Truck Entertainment |
| 3 | LLC and that the above Final Judgment on Consent is fully authorized by Monster Truck |
| 4 | Entertainment LLC. |
| 6 | By _____ |
| 7 | as _____ |
| 9 | **III.  ASSENT BY PLAINTIFF** |
| 10 | Plaintiff ESPN, Inc. assents to entry of this Final Judgment on Consent authorized by |
| 11 | Defendant Monster Truck Entertainment LLC. |
| 12 | DATED this _____ day of _____, 2009. |
| 13 | **ESPN, INC.** |
| 15 | By _____ |
| 16 | Its _____ |
| 17 | Approved as to form by: |
| 18 | **NIXON PEABODY LLP** |
| 20 | By: _____ |
| 21 | **Attorneys for Plaintiff ESPN, INC.** |

PDF created with pdfFactory trial version www.pdffactory.com

## IV. JUDGMENT

This matter came before the Court on the presentation by Plaintiff ESPN, Inc. ("ESPN") of a final judgment on consent granting monetary relief in favor of ESPN against Defendant Monster Truck Entertainment LLC ("Defendant").

Based on Defendant's consent, the Court enters judgment as follows:

1. The Court has jurisdiction over the subject matter at issue in this action.

2. The Court has personal jurisdiction over Defendant for all purposes, including but not limited to the purposes of entry and enforcement of this Final Judgment on Consent and enforcement of the Settlement Agreement between the Parties.

3. Judgment for monetary relief is awarded against Defendant and in favor of Plaintiff craigslist in the total amount of five thousand dollars ($5000,00).

4. Each party shall bear its own costs and attorneys' fees.

5. Judgment for permanent injunctive relief is awarded against Defendant and in favor of ESPN. Defendant, its members, officers, agents, servants, employees, successors, and assigns, and any persons acting in active concert or participation with him who receive actual notice of this Final Judgment on Consent are immediately and permanently and forever enjoined from manufacturing, developing, creating, adapting, modifying, exchanging, offering, distributing, selling, providing, donating, contributing, making available to the public, importing, trafficking in, using or making any use whatsoever of the X GAMES trademark, or any confusingly similar name or mark including but not limited to MONSTER X GAMES, in any way, shape, or form, or in connection with (i) the sale or promotion of any goods, products or services; (ii) in any print or radio, television and internet broadcasts and advertising; (iii) on any Internet web site controlled by Defendant or its agents; and (iv) in any other fashion likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendant with ESPN, or as to the origin, sponsorship, or approval of Defendant's goods, services or commercial activities by ESPN.

6. Any violation of this Order is punishable by contempt of this Court.

- 5 -

PROPOSED FINAL JUDGMENT ON CONSENT, Case No. 2:09-cv-00906-JAM-KJM

PDF created with pdfFactory trial version www.pdffactory.com

1     7. This Final Judgment on Consent may not be appealed by either party.

2     DATED this 14th day of May, 2009

4                                     /s/ John A. Mendez

5                                     The Honorable John A. Mendez

7 #12524902

PDF created with pdfFactory trial version www.pdffactory.com